# Court of Appeals
# of the State of Georgia

ATLANTA,  April 08, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1070.  THERIAN WIMBUSH et al. v. THE STATE.**

In 2017, Therian Wimbush was convicted of three counts of cruelty to children in the first degree and sentenced to 30 years to serve 20 years. We affirmed her convictions in 2018. *Wimbush v. State*, 345 Ga. App. 54 (812 SE2d 489) (2018). On December 4, 2020, Wimbush filed a "Joint Amended Notice of Appeal," stating that both she and Ricardo Wimbush seek to appeal the trial court's December 4, 2014 order denying their demand for speedy trial.[1]  Because we have already reviewed that order, we lack jurisdiction to do so again.

We rejected Wimbush's challenge to the same trial court order in her prior appeal, *Wimbush*, supra, 345 Ga. App. at 61-66 (2), thus the current appeal is barred by the law of the case. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (punctuation omitted); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal"). Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] The order on appeal names only Therian Wimbush as a defendant. Ricardo Wimbush is neither an attorney nor a party to the instant appeal, thus he may not file an appeal on behalf of Therian Wimbush.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/08/2021__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*